DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WILLIAMS & GRIFFIN

No. 498P82.

Case below: 58 N.C. App. 607.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 September 1982.

STATE ex rel. UTILITIES COMMISSION v. PUBLIC STAFF

No. 529PA82.

Case below: 58 N.C. App. 480.

Petition by Public Staff for writ of certiorari and petition by CP&L for writ of certiorari allowed 21 September 1982.

STEED v. FIRST UNION NATIONAL BANK

No. 513P82.

Case below: 58 N.C. App. 189.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 October 1982.

TASTINGER v. TASTINGER

No. 465P82.

Case below: 58 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

TAYLOR v. GREENSBORO NEWS CO.

No. 363PA82.

Case below: 57 N.C. App. 426.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 21 September 1982. Motion of defendant to dismiss appeal for lack of substantial constitutional question denied 21 September 1982.